# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARDO SILVA,**

        **Plaintiff,**

v.                                                                                  Case No:   6:18-cv-357-Orl-22KRS

**WORLD OMNI FINANCIAL CORP,**

        **Defendant.**

## ORDER

This cause comes before the Court on Defendant World Omni Financial Corp.'s Unopposed Motion to Stay Action Pending Arbitration (Doc. No. 10).

Based on the foregoing, it is ordered as follows:

1. Defendant World Omni Financial Corp.'s Unopposed Motion to Stay Action Pending Arbitration (Doc. No. 10) is GRANTED.

2. This case is stayed and the Clerk is directed to administratively close the file.

3. Plaintiff is directed to file a report as to the status of the arbitration proceedings on August 1, 2018, and every three months thereafter.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 23, 2018.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record