UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARDO SILVA,

   Plaintiff,

-vs-                                            CASE NO.: 6:18-cv-00357-ACC-KRS

WORLD OMNI FINANCIAL CORP, d/b/a
SOUTHEAST TOYOTA FINANCE,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Leonardo Silva, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 8th day of August, 2018 to: Ryan Roman, Esquire, Three Brickell City Centre, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33131 (ryan.roman@akerman.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
lrobbins@forthepeople.com
*Counsel for Plaintiff*