UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARDO SILVA

   Plaintiff,                                          CASE NO.:  6:18-CV-00357-ACC-KRS

-vs-

WORLD OMNI FINANCIAL CORP, d/b/a
SOUTHEAST TOYOTA FINANCE
                                            /

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiff, Leonardo Silva, and the Defendant, World Omni Financial Corp., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of September, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Ryan Roman, Esquire* |
| Frank H. Kerney, III, Esquire | Ryan Roman, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 0025509 |
| Morgan & Morgan, Tampa, P.A. | Akerman LLP |
| One Tampa City Center | Three Brickell City Centre |
| 201 North Franklin Street, 7th Floor | 98 Southeast Seventh Street, Suite 1100 |
| Tampa, FL 33602 | Miami, FL 33131 |
| Telephone: (813) 223-5505 | Telephone: (305) 982-5543 |
| Facsimile:  (813) 223-5402 | Facsimile: (305) 374-5095 |
| fkerney@forthepeople.com | ryan.roman@akerman.com |
| snazario@forthepeople.com | *Counsel for Defendant* |
| lrobbins@forthepeople.com | |
| *Counsel for Plaintiff* | |