# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEONARDO SILVA,**

      **Plaintiff,**

**v.**                                                    Case No:   6:18-cv-357-Orl-22KRS

**WORLD OMNI FINANCIAL CORP,**

      **Defendant.**

## ORDER OF DISMISSAL

Upon the Joint Stipulation of Dismissal with Prejudice (Doc. No. 14), filed September 4, 2018, it is **ORDERED** and **ADJUDGED** that

    1.    This cause is hereby **DISMISSED WITH PREJUDICE.**

    2.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 19, 2018.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties